IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE BOOKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| DONALD T. VAUGHN | : | NO. 02-4481 |

## ORDER

AND NOW, this          day of                    2002, it appearing that petitioner has filed a petition for Habeas Corpus under 28 U.S.C. §2254, and

it further appearing that petitioner did not tender the required $5.00 filing fee, and,

it further appearing that petitioner has requested leave to proceed in forma pauperis, but has left pages 15, 16, 17 and 18 of the court's in forma pauperis application form completely blank, it is hereby

ORDERED that the Clerk shall promptly furnish petitioner with the in forma pauperis form, and petitioner shall **_either_ complete** and return it to the Clerk of Court within thirty (30) days, **_or_** in the alternative, tender the required $5.00 filing fee to the Clerk of Court within thirty (30) days, or else this action will be dismissed.

_____
THOMAS N. O'NEILL, JR., J.