IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE BOOKER                                         :
                                                      :
                                                      :
          v.                                          :       CIVIL ACTION NO.  02-4481
                                                      :
DONALD T. VAUGHN, ET AL.                              :
                                                      :

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this        day of         ,          , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable JAMES R. MELINSON, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., J.

civrr