IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE BOOKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| DONALD T. VAUGHN | : | NO. 02-4481 |

ORDER

_____AND NOW, this _____ Day of August, 2002, leave is granted Petitioner to proceed in forma pauperis, for the purpose of all proceedings in this court and also for purposes of filing of a notice of appeal.

_____
THOMAS N. O'NEILL, JR., J.