IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GEORGE BOOKER                  :         CIVIL ACTION

v.                             :

DONALD T. VAUGHN, et al        :         NO. 02-4481

O R D E R

AND NOW, this           day of September, 2003, upon consideration of the petition for a writ of *habeas corpus* and after review of the Report and Recommendation of Chief United States Magistrate Judge James R. Melinson, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of *habeas corpus* is DENIED for lack of jurisdiction.

3. There is no probable cause to issue a certificate of appealability.

THOMAS N. O'NEILL, JR.,    J.